# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :  No. 131 MAL 2016

                Respondent      :

                             :  Petition for Allowance of Appeal from
                             :  the Order of the Superior Court

                v.          :

EDWARD ROMAN GARZA,        :

                Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.